(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Food Concept Developers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**36-3810350** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1925 Holmes Road**<br>**Elgin, IL 60123** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor **Food Concept Developers, Inc.**<br>(if different from street address above): **1925 Homes Road**<br>**Elgin, IL 60123** ||

**Information Regarding the Debtor** (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (09/03) FORM B1, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Food Concept Developers, Inc.**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ G. Alexander McTavish**
Signature of Attorney for Debtor(s)
**G. Alexander McTavish**
Printed Name of Attorney for Debtor(s)
**Myler, Ruddy & McTavish**
Firm Name
**111 W. Downer Place
Suite 400
Aurora, IL 60506**
Address                    **Email: amctavish@mrmlaw.com**
**630-897-8475  Fax: 630-897-8076**
Telephone Number
**October 11, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bryan Real**
Signature of Authorized Individual
**Bryan Real**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**October 11, 2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)       Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Food Concept Developers, Inc.**                                    Case No. _____

                                 Debtor(s)                                     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Chicago Sweeteners<br>1700 Higgins Road, Suite 610<br>Des Plaines, IL 60018 | Chicago Sweeteners<br>1700 Higgins Road, Suite 610<br>Des Plaines, IL 60018 | | | 414,770.70 |
| Chubb Group of Insurance Companies<br>P.O. Box 7777-1630<br>Philadelphia, PA 19175-1630 | Chubb Group of Insurance Companies<br>P.O. Box 7777-1630<br>Philadelphia, PA 19175-1630 | | | 22,245.20 |
| Consolidated Press, Inc.<br>Department 20 - 3002 P.O. Box 5977<br>Carol Stream, IL 60197-5977 | Consolidated Press, Inc.<br>Department 20 - 3002 P.O. Box 5977<br>Carol Stream, IL 60197-5977 | | | 93,664.65 |
| Cross Container Corporation<br>400 Maple Avenue<br>Carpentersville, IL 60110 | Cross Container Corporation<br>400 Maple Avenue<br>Carpentersville, IL 60110 | | | 42,026.42 |
| DMH Ingredients, Inc.<br>1412 Momentum Place<br>Chicago, IL 60689 | DMH Ingredients, Inc.<br>1412 Momentum Place<br>Chicago, IL 60689 | | | 40,447.80 |
| Eastek International Corporation<br>P.O. Box 88261 Dept. A<br>Chicago, IL 60680 | Eastek International Corporation<br>P.O. Box 88261 Dept. A<br>Chicago, IL 60680 | | | 66,701.11 |
| FedEx<br>Attn: Randy Grant<br>PO Box 94515<br>Palatine, IL 60094 | FedEx<br>Attn: Randy Grant<br>PO Box 94515<br>Palatine, IL 60094 | | | 30,550.14 |
| Flavorchem<br>1525 Brook Drive<br>Downers Grove, IL 60515 | Flavorchem<br>1525 Brook Drive<br>Downers Grove, IL 60515 | | | 233,276.84 |
| Foodex<br>Attn: Fernando Rey<br>Kilometro 10 Via Al Magdalena<br>Manizales, Columbia | Foodex<br>Attn: Fernando Rey<br>Kilometro 10 Via Al Magdalena<br>Manizales, Columbia | | | 183,075.23 |
| GE Capital Colonial Pacific<br>P.O. Box 642752<br>Pittsburgh, PA 15264-2752 | GE Capital Colonial Pacific<br>P.O. Box 642752<br>Pittsburgh, PA 15264-2752 | | | 26,977.02 |
| Holmes Road Joint Venture<br>1141 E. Main Street, Suite 100<br>East Dundee, IL 60118 | Holmes Road Joint Venture<br>1141 E. Main Street, Suite 100<br>East Dundee, IL 60118 | | | 51,573.00 |

In re  **Food Concept Developers, Inc.**                                             Case No.

                                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Indiana Sugars<br>P.O. Box M799 911 Virginia Street<br>Gary, IN 46401 | Indiana Sugars<br>P.O. Box M799 911 Virginia Street<br>Gary, IN 46401 | | | 45,414.68 |
| Manifest Funding Services<br>1450 Channel Parkway<br>Marshall, MN 56258 | Manifest Funding Services<br>1450 Channel Parkway<br>Marshall, MN 56258 | | | 28,649.73 |
| Megasys, Inc.<br>8th Floor Mailroom 525 West Monroe<br>Chicago, IL 60661 | Megasys, Inc.<br>8th Floor Mailroom 525 West Monroe<br>Chicago, IL 60661 | | | 142,913.92 |
| Newco Enterprises, Inc.<br>P.O. Box 790051<br>St. Louis, MO 63179-0051 | Newco Enterprises, Inc.<br>P.O. Box 790051<br>St. Louis, MO 63179-0051 | | | 36,315.61 |
| Overwraps Packaging, L.P.<br>P.O. Box 972553<br>Dallas, TX 75397-2553 | Overwraps Packaging, L.P.<br>P.O. Box 972553<br>Dallas, TX 75397-2553 | | | 29,816.29 |
| Pacific Electronics<br>10200 US Route 14<br>Woodstock, IL 60098 | Pacific Electronics<br>10200 US Route 14<br>Woodstock, IL 60098 | | | 147,139.29 |
| Paper Tubes & Sales Co.<br>1550 Hinton<br>Dallas, TX 75235 | Paper Tubes & Sales Co.<br>1550 Hinton<br>Dallas, TX 75235 | | | 124,307.94 |
| Quality Ingredients Corp.<br>P.O. Box 1150-08<br>Minneapolis, MN 55480-1150 | Quality Ingredients Corp.<br>P.O. Box 1150-08<br>Minneapolis, MN 55480-1150 | | | 88,843.75 |
| Taico Design Products, Inc.<br>2112 N. Sedgwick<br>Chicago, IL 60614-4620 | Taico Design Products, Inc.<br>2112 N. Sedgwick<br>Chicago, IL 60614-4620 | | | 30,477.23 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 11, 2005**            Signature  **/s/ Bryan Real**
                                                 **Bryan Real**
                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Access One, Inc.
6842 Eagle Way
Chicago, IL 60678-1068


Allstates Freight Link, Inc.
9050 Pines Blvd. Ste. 335
Pembroke Pines, FL 33024


Ameritech
SBC Bill Payment Center
Chicago, IL 60663-0001


Arc Disposal Company
P.O. Box 9001822
Louisville, KY 40290-1822


Associated Bag Company
P.O. Box 3036
Milwaukee, WI 53201-3036


Automation & Design Concepts
E 2428 Silver Lake Road
Scandinavia, WI 54977


Bay Valley Foods, LLC
21077 Network Place
Chicago, IL 60673-1210


Better Vendors Association
415 W. Golf Road - Suite #63
Arlington Heights, IL 60005


Blair Temporaries
800 E Northwest Hwy Suite 526
Palatine, IL 60067-6511


Blommer Chocolate Company
Bin 175
Milwaukee, WI 53288-017


Chep
P.O. Box 101475
Atlanta, GA 30392-1475

Chicago Sweeteners
1700 Higgins Road, Suite 610
Des Plaines, IL 60018

Chicago Vendor Supply.
P.O. Box 388367
Chicago, IL 60638-8367

Chubb Group of Insurance Companies
P.O. Box 7777-1630
Philadelphia, PA 19175-1630

Cingular Wireless
P.O. Box 6428
Carol Stream, IL 60197-6428

Cintas
#355 5100 26th Avenue
Rockford, IL 61109

Cintas First Aid & Safety
1071 Judson Street
Bensenville, IL 60106

Coffee Inns of America
P.O. Box 53555 A
Phoenix, AZ 85072-3555

Combined Metals of Chicago
1433 Payshere Circle
Chicago, IL 60674

Consolidated Press, Inc.
Department 20 - 3002 P.O. Box 5977
Carol Stream, IL 60197-5977

Crescent Electric Supply Co.
P.O. Box 500
East Dubuque, IL 61025-4420

Cross Container Corporation
400 Maple Avenue
Carpentersville, IL 60110

```
Crowe, Chizek and Company LLP
P.O. Box 145415
Cincinnati, OH 45250-9791


Crowley Liner Services, Inc.
Inc. P.O. Box 2684
Carol Stream, IL 60132-2684


Danisco
P.O. Box 7247-8528
Philadelphia, PA 19170


Dayton Freight Lines, Inc.
P.O. Box 340
Vandalia, OH 45377


DHL Express (USA) Inc.
P.O. Box 4723
Houston, TX 77210-4723


DMH Ingredients, Inc.
1412 Momentum Place
Chicago, IL 60689


DMTC, Inc.
4071 N.W. 121st Street
Des Moines, IA 50323


Eastek International Corporation
P.O. Box 88261 Dept. A
Chicago, IL 60680


Express Cargo Connection, Inc.
P.O. Box 15310
Loves Park, IL 61139-5310


Federal Express
P.O. Box 94515
Palatine, IL 60094-4515


FedEx
Attn: Randy Grant
PO Box 94515
Palatine, IL 60094
```

FedEx Freight East
4103 Collection Center Drive
Chicago, IL 60693


Flavor Dynamics, Inc.
640 Montrose Avenue
South Plainfield, NJ 07080


Flavor Systems International, Inc.
9950 Commerce Park Drive
Cincinnati, OH 45246


Flavorchem
1525 Brook Drive
Downers Grove, IL 60515


Food Service Parts, Inc.
1536 Hutton Drive, Suite #110
Carrollton, TX 75006


Foodex
Attn:  Fernando Rey
Kilometro 10 Via Al Magdalena
Manizales, Columbia


GE Capital Colonial Pacific
P.O. Box 642752
Pittsburgh, PA 15264-2752


Globalcom Inc. USA
P.O. Box 809123
Chicago, IL 60680-9123


Graphic Engravers Inc.
691 Country Club Drive
Bensenville, IL 60106


Grindmaster Crathco Systems, Inc.
P.O. Box 35020
Louisville, KY 40232-5020


H & M Limousine Service
P.O. Box 410
West Dundee, IL 60118

H.B. Taylor Co.
4830 S. Christiana Avenue
Chicago, IL 60632


Harris N.A.
Attn:  Heather Turf
115 S. LaSalle Street, 12 West
Chicago, IL 60603


Harris N.A.
Attn:  Heather Turf
115 S. LaSalle Street, 12 West
Chicago, IL 60603


Harris N.A.
Attn:  Heather Turf
115 S. LaSalle Street, 12 West
Chicago, IL 60603


Healthcare Service Corporation
P.O. Box 1186
Chicago, IL 60690-1186


Helios Container Systems, Inc.
1150 Powis Road
West Chicago, IL 60185


Holmes Road Joint Venture
1141 E. Main Street, Suite 100
East Dundee, IL 60118


Howard J. Eddy & Associates
209 Stevenson Street
Morocco, IN 47963


I.T. Bauman Company
3400 Morganford Road
St. Louis, MO 63116-1746


Illinois Material Handling
2588 Solutions Center
Chicago, IL 60677-2005

```
Indiana Sugars
P.O. Box M799 911 Virginia Street
Gary, IN 46401


Inkjet, Inc.
P.O. Box 847501
Dallas, TX 75284-7501


Jefferson Pilot Financial Ins. Co.
P.O. Box 0821
Carol Stream, IL 60132-0821


JW Print Source
P.O. Box 5789
Elgin, IL 60121


K&C Cleaning Service, Inc.
851 S. Chatham Avenue
Addison, IL 60101


Karma, Inc.
Box 68-9933
Milwaukee, WI 53268-9933


L.D.L. Transfer, Inc.
Box 102
Sandwich, IL 60548


Linda Stuart
P.O. Box 553
St. Charles, IL 60174


LR International Inc.
P.O. Box 1714
Elk Grove Village, IL 60007


Manifest Funding Services
1450 Channel Parkway
Marshall, MN 56258


McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690
```

Megasys, Inc.
8th Floor Mailroom 525 West Monroe
Chicago, IL 60661

Mid America Food Sales Ltd.
P.O. Box 904
Northbrook, IL 60065-0904

Mitsubishi International Food Ingredient
13445 Collections Center Drive
Chicago, IL 60693

Moore Ingredients Ltd.
9047 Sutton Place
Hamilton, OH 45011

Myler, Ruddy & McTavish
111 W. Downer Place, Suite 400
Aurora, IL 60506

National Measures
7920 West 215th Street
Lakeville, MN 55044

Nationwide Funding LLC
5520 Trabuco Road, 1st Floor
Irvine, CA 92620

NBPA
26 Woodhull Street
Brooklyn, NY 11231

Newco Enterprises, Inc.
P.O. Box 790051
St. Louis, MO 63179-0051

Next Day Gourmet
P.O. Box 64177
St. Paul, MN 55164-0177

Norton Lilly International
Lankford P.O. Box 1209
Mobile, AL 36601-1209

```
Overwraps Packaging, L.P.
P.O. Box 972553
Dallas, TX 75397-2553


P+R Group
222 West Hubbard Street
Chicago, IL 60610


Pacific Electronics
10200 US Route 14
Woodstock, IL 60098


Paper Tubes & Sales Co.
1550 Hinton
Dallas, TX 75235


Peoples Energy Services Corporation
231305 Momentum Place
Chicago, IL 60689-5311


Pitney Bowes Credit Corporation
P.O. Box 856460
Louisville, KY 40285-6460


Plastamet, Inc.
55 Commercial Ave
Addison, IL 60101


Pneumatic Scale
P.O. Box 71920
Chicago, IL 60694-1920


Premier Brokerage Inc
3130 Parkerville Road #14
Lancaster, TX 75146


Price, Heneveld, Cooper, DeWitt & Litton
P.O. Box 2567
Grand Rapids, MI 49501


Quality Ingredients Corp.
P.O. Box 1150-08
Minneapolis, MN 55480-1150
```

Quick Delivery Service, Inc.
632 Pratt Avenue North
Schaumburg, IL 60193


R&F Laboratories
2725 Curtiss Street
Downers Grove, IL 60515


Roadrunner Freight Systems, Inc.
P.O. Box 8903
Cudahy, WI 53110-8903


Ropak Packaging
21048 Network Place
Chicago, IL 60673-1210


Ryan's Express, Inc.
11714 Briarwood Lane
Burr Ridge, IL 60525


Santa Barbara Bank & Trust
P.O. Box 60607
Santa Barbara, CA 93160-0607


Shadow Forklift Services Inc.
P.O. Box 101
Kingston, IL 60145


Shick Tube-Veyor Corp.
P.O. Box 879400
Kansas City, MO 64187-9400


Signet Marketing Devices
3121 Red Hill Avenue
Costa Mesa, CA 92626


Sonoco
91218 Collection Center Drive
Chicago, IL 60693


Southern Graphic Systems, Inc.
P.O. Box 502565
St. Louis, MO 63150-2565

St. Charles Trading, Inc.
650 Raddant Road
Batavia, IL 60510


Stamar Packaging, Inc.
1415 Enterprise Drive
Romeoville, IL 60446


Staples Business Advantage
Dept DET 2368 P.O. Box 83689
Chicago, IL 60690-3689


Taico Design Products, Inc.
2112 N. Sedgwick
Chicago, IL 60614-4620


Tata Tea Inc.
P.O. Box 917502
Orlando, FL 32891-7502


TCF Leasing Inc.
P.O. Box 4130
Hopkins, MN 55343-4130


Tech II, Inc.
P.O. Box 1468
1765 W. County Line Road
Springfield, OH 45501


Thatcher Oaks, Inc.
4105 May Street
Hillside, IL 60162


The Agency Staffing
261 Keyes Avenue
Hampshire, IL 60140


The Master Manufacturing Co., Inc.
9200 Inman Avenue
Cleveland, OH 44105


Triton Industries, Inc.
4492 Payshere Circle
Chicago, IL 60674

```
Univar USA Inc
13009 Collections Center Drive
Chicago, IL 60693


UP Special Delivery, Inc.
P.O. Box 207
Iron Mountain, MI 49801


Vendors Purchasing Council
438 Pellis Road, Suite 200
Greensburg, PA 15601


Ward, Lane & Associates P.C.
1250 Larkin Avenue
Elgin, IL 60123


Wells Fargo Equipment Finance.
530 5th Avenue, 15th Floor
New York, NY 10036


Zep Manufacturing
13237 Collections Center Drive
Chicago, IL 60693-0132
```