IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOOD CONCEPT DEVELOPERS, INC., | ) | Case No. 05-48522 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**DEBTOR'S FINAL REPORT
AND SCHEDULE OF UNPAID LIABILITIES**

Food Concept Developers, Inc., (the "**debtor**"), by its attorneys, reports that all assets of the debtor have been turned over to the trustee, the statements and schedules required by Bankruptcy Rule 1019(1) and 1007(b) have been filed, the first meeting of creditors in the Chapter 7 case was held on December 12, and the debtor herewith submits its schedule of unpaid liabilities pursuant to Bankruptcy Rule 1019(5) as shown on Exhibit A attached.

FOOD CONCEPT DEVELOPERS, INC.


s/G. Alexander McTavish
One of its attorneys

G. Alexander McTavish
Attorney No. 1871013
Myler, Ruddy & McTavish
111 West Downer Place, Suite 400
Aurora, Illinois  60506
630/897-8475
630/897-8076 Fax

1