## TASKS PERFORMED BY TRUSTEE

1. Prepare for and conduct Section 341 meeting and review schedules

2. Investigate accounts receivable/admin. claims/financial affairs

3. Furnish information to parties in interest on factual matters

4. Supervise professionals

5. Compromise and settle litigation

6. Review debtor in possession reports

7. Sale of personal property

8. Monitor bond amount & pay premiums

9. Prepare Reports to U.S. Trustee annually

10. Direct Attorney for Trustee to pursue collection of preferential transfers and avoidance action (Sec. 549)

11. Collection of preferential transfers and avoidance actions (Sec. 549)

12. Deposit of funds and balance bank accounts

13. Review all ledgers

14. Checking of claims

15. Direct Trustee to object to certain claims

16. Payment of claims

17. Prepare Final Report and collateral documentation

18. Prepare Final Account

**EXHIBIT A**