**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| FOOD CONCEPT DEVELOPERS, INC., | ) CASE NO.  05-48522 |
| | ) |
| | ) HONORABLE PAMELA S. HOLLIS |
| Debtor. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held:

      At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 644, Chicago, IL 60604

      On:    **November 4, 2008**           Time:  **10:30 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The trustee's Final Report shows total:

      | | |
      |---|---|
      | Receipts | $      1,111,683.23 |
      | Disbursements | $          23,491.37 |
      | Net Cash Available for Distribution | $      1,088,191.86 |

4.    Applications for Chapter 7 fees and administrative expenses have been filed as
      follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $0.00 | $56,600.49 | $1,063.06 |
| Roy Safanda, Attorney | $0.00 | $34,500.00 | $    0.00 |

5.    Applications for Chapter 11 fees and administrative expenses have been filed as
      follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Myler, Ruddy, et al. | $0.00 | $ 6,000.00 | $ 0.00 |
| US Trustee | $0.00 | $   500.00 | $ 0.00 |

6.    In addition to the expenses of administration listed above as may be allowed by the
Court, the secured creditor claim that totals $___1,404,885.20_, must be paid in full for
there to be any dividend to general unsecured creditors.   The secured creditor dividend is
anticipated to be _____70.4__%.

Allowed secured creditor claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 48 | Harris NA | $1,404,885.20 | $989,528.31 |

7.    Claims of general unsecured creditors totaling $_0.00_ have been allowed and
      will be paid *pro rata* only after all allowed administrative and priority claims have
      been paid in full.  The general unsecured dividend is anticipated to be None%.

Allowed general unsecured claims are as follows:  No possible dividend to this class.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | | |

8.    Proposed dividends are approximations.  Actual dividends may differ due to
      interest accrual, fee reductions or as ordered by the Court.

9.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has not been discharged.

11.    The Trustee proposed to abandon the following property at the hearing: None.


Dated: **October 2, 2008**                For the Court,


                                          By:    **KENNETH S. GARDNER**
                                                 Kenneth S. Gardner
                                                 Clerk of the U.S. Bankruptcy Court
                                                 219 S. Dearborn Street, 7th Floor
                                                 Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Certificate of Service   Page 4 of 6

# CERTIFICATE  OF  NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 3              Date Rcvd: Oct 02, 2008
Case: 05-48522               Form ID: pdf002          Total Served: 144
```

The following entities were served by first class mail on Oct 04, 2008.

```
db          +Food Concept Developers, Inc.,   1925 Holmes Road,   Elgin, IL 60123-1204
aty         +Carl F Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
aty         +G. Alexander McTavish,   Myler, Ruddy & McTavish,   105 E. Galena Blvd.,   8th Floor,
             Aurora, IL 60505-3338
aty         +Richard G Larsen,   Myler, Ruddy & McTavish,   105 E. Galena Blvd., 8th Floor,
             Aurora, IL 60505-3338
tr          +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
10618471    +1925 Holmes Road, LLC,   1141 East Main Street, Suite 100,   East Dundee, Illinois 60118-2440
10089562    +Access One, Inc.,   6842 Eagle Way,   Chicago, IL 60678-0001
10089563    +Allstates Freight Link, Inc.,   9050 Pines Blvd. Ste. 335,   Pembroke Pines, FL 33024-6400
10089564     Ameritech,   SBC Bill Payment Center,   Chicago, IL 60663-0001
10089565     Arc Disposal Company,   P.O. Box 9001822,   Louisville, KY 40290-1822
10089566     Associated Bag Company,   P.O. Box 3036,   Milwaukee, WI 53201-3036
10089567    +Automation & Design Concepts,   E 2428 Silver Lake Road,   Scandinavia, WI 54977-9760
10089568     Bay Valley Foods, LLC,   21077 Network Place,   Chicago, IL 60673-1210
10089569    +Better Vendors Association,   415 W. Golf Road - Suite #63,   Arlington Heights, IL 60005-3923
10089570    +Blair Temporaries,   800 E Northwest Hwy Suite 526,   Palatine, IL 60074-6542
10089571    +Blommer Chocolate Company,   Bin 175,   Milwaukee, WI 53288-0001
10901522    +Brian Real and Susanne Real,   18N341 Northwind Lane,   West Dundee, IL 60118-9550
10472756    +Bryan Real,   1925 Holmes Road,   Elgin, IL 60123-1204
10901533    +Bryan Real and Susanne Real,   18N341 Northwind Lane,   West Dundee, IL 60118-9550
10089572     Chep,   P.O. Box 101475,   Atlanta, GA 30392-1475
10089573    +Chicago Sweeteners,   1700 Higgins Road, Suite 610,   Des Plaines, IL 60018-5615
11074894    +Chicago Sweeteners, Inc.,   c/o Christopher J. Horvay,   Gould & Ratner,
             222 N. LaSalle Street, #800,   Chicago, IL 60601-1086
10089574     Chicago Vendor Supply.,   P.O. Box 388367,   Chicago, IL 60638-8367
10827581    +Chubb & Son Inc,   C/O Soffer & Rech LLP,   48 Wall Street 26th FL,   New York, NY 10005-2900
10089575    +Chubb Group of Insurance Companies,   P.O. Box 7777-1630,   Philadelphia, PA 19175-0001
10089576     Cingular Wireless,   P.O. Box 6428,   Carol Stream, IL 60197-6428
10089577    +Cintas,   #355 5100 26th Avenue,   Rockford, IL 61109-1792
10089578    +Cintas First Aid & Safety,   1071 Judson Street,   Bensenville, IL 60106-3320
10089579     Coffee Inns of America,   P.O. Box 53555 A,   Phoenix, AZ 85072-3555
10089580    +Combined Metals of Chicago,   1433 Payshere Circle,   Chicago, IL 60674-0014
10472757    +Consolidated Press Inc,   PO Box 5977 Dept 20-3002,   Carol Stream, IL 60197-5977
10089581    +Consolidated Press, Inc.,   1880 Busse Rd,   Elk Grove, IL 60007-5718
10089582    +Crescent Electric Supply Co.,   P.O. Box 500,   East Dubuque, IL 61025
10089583    +Cross Container Corporation,   400 Maple Avenue,   Carpentersville, IL 60110-1978
10089584    +Crowe, Chizek and Company LLP,   P.O. Box 145415,   Cincinnati, OH 45250-5415
10089585    +Crowley Liner Services, Inc.,   Inc. P.O. Box 2684,   Carol Stream, IL 60132-0001
10089588     DHL Express (USA) Inc.,   P.O. Box 4723,   Houston, TX 77210-4723
10472758    +DMH Ingredients Inc,   1412 Momentum Place,   Chicago, IL 60689-5314
10089589    +DMH Ingredients, Inc.,   1228 American Way,   Libertyville, IL 60048-3936
10089590    +DMTC, Inc.,   4071 N.W. 121st Street,   Des Moines, IA 50323-2309
10089586    +Danisco,   P.O. Box 7247-8528,   Philadelphia, PA 19170-0001
10089587    +Dayton Freight Lines, Inc.,   P.O. Box 340,   Vandalia, OH 45377-0340
10089591    +Eastek International Corporation,   330 Hastings Drive,   Buffalo Grove, IL 60089-6940
10089592    +Express Cargo Connection, Inc.,   P.O. Box 15310,   Loves Park, IL 61132-5310
10089594    +FedEx,   Attn: Randy Grant,   PO Box 94515,   Palatine, IL 60094-4515
10501311    +FedEx Freight,   Delivery Code 2259,   PO Box 840,   Harrison, AR 72602-0840
10089595    +FedEx Freight East,   4103 Collection Center Drive,   Chicago, IL 60693-0041
10089593     Federal Express,   P.O. Box 94515,   Palatine, IL 60094-4515
10483389    +Federal Express Corporation,   C/O Joseph D Frank,   Frank/Gecker LLP,
             325 N Lasalle Street Suite 625,   Chicago, IL 60654-6465
10089596    +Flavor Dynamics, Inc.,   640 Montrose Avenue,   South Plainfield, NJ 07080-2602
10089597    +Flavor Systems International, Inc.,   9950 Commerce Park Drive,   Cincinnati, OH 45246-1332
10089598    +Flavorchem,   1525 Brook Drive,   Downers Grove, IL 60515-1024
10089599    +Food Service Parts, Inc.,   1536 Hutton Drive, Suite #110,   Carrollton, TX 75006-6650
10089601     GE Capital Colonial Pacific,   P.O. Box 642752,   Pittsburgh, PA 15264-2752
10604494    +General Electric Capital Corporation,   c/o Coston & Rademacher,   105 W. Adams, Suite 1400,
             Chicago, IL 60603-6206
10089602     Globalcom Inc. USA,   P.O. Box 809123,   Chicago, IL 60680-9123
10089603    +Graphic Engravers Inc.,   691 Country Club Drive,   Bensenville, IL 60106-1324
10089604     Grindmaster Crathco Systems, Inc.,   P.O. Box 35020,   Louisville, KY 40232-5020
10089605    +H & M Limousine Service,   P.O. Box 410,   West Dundee, IL 60118-0410
10089606    +H.B. Taylor Co.,   4830 S. Christiana Avenue,   Chicago, IL 60632-3092
10089607    +Harris N.A.,   Attn: Heather Turf,   115 S. LaSalle Street, 12 West,   Chicago, IL 60603-3801
10089610     Healthcare Service Corporation,   P.O. Box 1186,   Chicago, IL 60690-1186
10089611    +Helios Container Systems, Inc.,   1150 Powis Road,   West Chicago, IL 60185-1664
10089612    +Holmes Road Joint Venture,   1141 E. Main Street, Suite 100,   East Dundee, IL 60118-2440
10089613     Howard J. Eddy & Associates,   209 Stevenson Street,   Morocco, IN 47963
10481384    +I D I Transfer Inc,   PO Box 102,   Sandwich, IL 60548-0102
10089614     I.T. Bauman Company,   3400 Morganford Road,   St. Louis, MO 63116-1746
10439417   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury,   Internal Revenue Service,
             230 S Dearborn,   Stop 5016-CHI,   Chicago, IL 60604)
10425816   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10787864    +Illinois Dept. Of Revenue Bankruptcy Unit,   100 W. Randolph #7-400,   Chicago, Ill 60601-3218
10089615     Illinois Material Handling,   2588 Solutions Center,   Chicago, IL 60677-2005
10089616    +Indiana Sugars,   P.O. Box M799 911 Virginia Street,   Gary, IN 46402-2705
```

```
District/off: 0752-1          User: amcc7          Page 2 of 3          Date Rcvd: Oct 02, 2008
Case: 05-48522               Form ID: pdf002       Total Served: 144
```

```
10089617    Inkjet, Inc.,   P.O. Box 847501,   Dallas, TX 75284-7501
10089619   +JW Print Source,   P.O. Box 5789,   Elgin, IL 60121-5789
10089618   +Jefferson Pilot Financial Ins. Co.,   P.O. Box 0821,   Carol Stream, IL 60132-0001
10089620   +K&C Cleaning Service, Inc.,   851 S. Chatham Avenue,   Addison, IL 60101-6509
10089621    Karma, Inc.,   Box 68-9933,   Milwaukee, WI 53268-9933
10541624   +Kenneth B Drost,   Drost & Laue LLC,   111 Lions Drive Suite 206,   Barrington, IL 60010-3175
10089622   +L.D.L. Transfer, Inc.,   Box 102,   Sandwich, IL 60548-0102
10089624   +LR International Inc.,   P.O. Box 1714,   Elk Grove Village, IL 60009-1714
10089623   +Linda Stuart,   P.O. Box 553,   St. Charles, IL 60174-0553
10089625   +Manifest Funding Services,   1450 Channel Parkway,   Marshall, MN 56258-4005
10089626    McMaster-Carr,   P.O. Box 7690,   Chicago, IL 60680-7690
10089627   +Megasys, Inc.,   8th Floor Mailroom 525 West Monroe,   Chicago, IL 60661-3629
10089628    Mid America Food Sales Ltd.,   P.O. Box 904,   Northbrook, IL 60065-0904
10089629   +Mitsubishi International Food Ingredient,   13445 Collections Center Drive,
             Chicago, IL 60693-0134
10775292   +Mitsubishi Intl Food Ingredient,   One Bridge Plaza N Suite 270,   Fort Lee, NJ 07024-7586
10089630   +Moore Ingredients Ltd.,   9047 Sutton Place,   Hamilton, OH 45011-9316
10089631   +Myler, Ruddy & McTavish,   111 W. Downer Place, Suite 400,   Aurora, IL 60506-6110
10089634   +NBPA,   26 Woodhull Street,   Brooklyn, NY 11231-2643
10089632   +National Measures,   7920 West 215th Street,   Lakeville, MN 55044-9015
10089633   +Nationwide Funding LLC,   5520 Trabuco Road, 1st Floor,   Irvine, CA 92620-5780
10462036   +Netbank Business Finance,   PO Box 527,   Columbia, SC 29202-0527
10089635    Newco Enterprises, Inc.,   P.O. Box 790051,   St. Louis, MO 63179-0051
10089636    Next Day Gourmet,   P.O. Box 64177,   St. Paul, MN 55164-0177
10089637    Norton Lilly International,   Lankford P.O. Box 1209,   Mobile, AL 36601-1209
10089638   +Overwraps Packaging, L.P.,   9008 Governors Row,   Dallas, TX 75247-3710
10618365   +P&R Group,   222 West Hubbard Street,   Chicago, IL 60654-6893
10089639   +P+R Group,   222 West Hubbard Street,   Chicago, IL 60654-6893
10089640   +Pacific Electronics,   10200 US Route 14,   Woodstock, IL 60098-7365
10089641   +Paper Tubes & Sales Co.,   1550 Hinton,   Dallas, TX 75235-5171
10089642    Peoples Energy Services Corporation,   231305 Momentum Place,   Chicago, IL 60689-5311
10089643    Pitney Bowes Credit Corporation,   P.O. Box 856460,   Louisville, KY 40285-6460
10089644   +Plastamet, Inc.,   55 Commercial Ave,   Addison, IL 60101-4501
10089645    Pneumatic Scale,   P.O. Box 71920,   Chicago, IL 60694-1920
10089646   +Premier Brokerage Inc,   3130 Parkerville Road #14,   Lancaster, TX 75146-3348
10089647   +Price, Heneveld, Cooper, DeWitt & Litton,   P.O. Box 2567,   Grand Rapids, MI 49501-2567
10089648   +Quality Ingredients Corporation,   Rudy Roesken, VP,   14300 Rosemount Drive,
             Burnsville, MN 55306-6925
10089649   +Quick Delivery Service, Inc.,   632 Pratt Avenue North,   Schaumburg, IL 60193-4557
10089650   +R&F Laboratories,   2725 Curtiss Street,   Downers Grove, IL 60515-4002
10089651    Roadrunner Freight Systems, Inc.,   P.O. Box 8903,   Cudahy, WI 53110-8903
10089652    Ropak Packaging,   21048 Network Place,   Chicago, IL 60673-1210
10089653   +Ryan's Express, Inc.,   11714 Briarwood Lane,   Burr Ridge, IL 60527-8007
10546913   +Santa Barbara & Trust,   PO Box 60839,   Santa Barbara, CA 93160-0839
10089654    Santa Barbara Bank & Trust,   P.O. Box 60607,   Santa Barbara, CA 93160-0607
10089655   +Shadow Forklift Services Inc.,   P.O. Box 101,   Kingston, IL 60145-0101
10089656    Shick Tube-Veyor Corp.,   P.O. Box 879400,   Kansas City, MO 64187-9400
10089657   +Signet Marketing Devices,   3121 Red Hill Avenue,   Costa Mesa, CA 92626-4567
10089658   +Sonoco,   91218 Collection Center Drive,   Chicago, IL 60693-0912
10089659    Southern Graphic Systems, Inc.,   P.O. Box 502565,   St. Louis, MO 63150-2565
10089660   +St. Charles Trading, Inc.,   650 Raddant Road,   Batavia, IL 60510-4207
10557019   +Stamar Packaging,   Euler Hermes ACI,   800 Red Brook Boulevard,   Owings Mills, MD 21117-5173
10089661   +Stamar Packaging, Inc.,   1415 Enterprise Drive,   Romeoville, IL 60446-1830
10089662    Staples Business Advantage,   Dept DET 2368 P.O. Box 83689,   Chicago, IL 60690-3689
10472755   +TCF Leasing,   Attn Jeff Wehe,   11100 Wayzata Blvd Suite 801,   Minnetonka, MN 55305-5517
10089665   +TCF Leasing Inc.,   P.O. Box 4130,   Hopkins, MN 55343-0498
10089663   +Taico Design Products, Inc.,   2112 N. Sedgwick,   Chicago, IL 60614-4698
10089664    Tata Tea Inc.,   P.O. Box 917502,   Orlando, FL 32891-7502
10089666   +Tech II, Inc.,   P.O. Box 1468,   1765 W. County Line Road,   Springfield, OH 45501-1468
10089667   +Thatcher Oaks, Inc.,   4105 May Street,   Hillside, IL 60162-1822
10089668   +The Agency Staffing,   261 Keyes Avenue,   Hampshire, IL 60140-9449
10089669   +The Master Manufacturing Co., Inc.,   9200 Inman Avenue,   Cleveland, OH 44105-2110
10089670   +Triton Industries, Inc.,   4492 Payshere Circle,   Chicago, IL 60674-0044
10089672   +UP Special Delivery, Inc.,   P.O. Box 207,   Iron Mountain, MI 49801-0207
10494506   +US Bancorp Manifest Funding Services,   Attn Corporate Attorney,   1310 Madrid Street Suite 100,
             Marshall, MN 56258-4001
10089673   +Vendors Purchasing Council,   438 Pellis Road, Suite 200,   Greensburg, PA 15601-7900
10089674   +Ward, Lane & Associates P.C.,   1250 Larkin Avenue,   Elgin, IL 60123-6081
10616218   +Wells Fargo Equipment Finance, Inc.,   C/O Adam B Rome,   2 N Lasalle Suite 1300,
             Chicago, IL 60602-3709
10089675   +Wells Fargo Equipment Finance.,   530 5th Avenue, 15th Floor,   New York, NY 10036-5110
12057619   +YRC Logistics, Inc., fka Meridian IQ, Inc.,   c/o William D. Brejcha,
             Scopelitis, Garvin, et. al.,   30 West Monroe Street - Suite 600,   Chicago, IL 60603-2427
10549408   +Yellow Transportation, Inc.,   c/o Receivable Management Services,   P.O. Box 5126,
             Timonium, Maryland 21094-5126,   Contact: Phyllis A. Hayes
10089676    Zep Manufacturing,   13237 Collections Center Drive,   Chicago, IL 60693-0132
10490981   +Zep Manufacturing Company,   Engel Hariston & Johanson PC,   Attn Jonathan E Raulston,
             PO Box 11405,   Birmingham, AL 35202-1405
```

```
District/off: 0752-1          User: amcc7            Page 3 of 3              Date Rcvd: Oct 02, 2008
Case: 05-48522               Form ID: pdf002         Total Served: 144


The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Oct 03, 2008.
10089671        E-mail/Text: CHERI.JAMES@UNIVARUSA.COM                    Univar USA Inc,   POB 34325,
                Seattle, WA  98124-1325
                                                                               TOTAL: 1


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10089600       Foodex,   Attn:  Fernando Rey,   Kilometro 10 Via Al Magdalena,   Manizales, Columbia
10476826       Office of the U.S. Trustee
11230941       Office of the U.S. Trustee
aty*           +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
10089608*      +Harris N.A.,   Attn:  Heather Turf,   115 S. LaSalle Street, 12 West,   Chicago, IL 60603-3801
10089609*      +Harris N.A.,   Attn:  Heather Turf,   115 S. LaSalle Street, 12 West,   Chicago, IL 60603-3801
                                                                          TOTALS: 3, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2008**                    **Signature:**    _Joseph Speetjens_