**FORM 2 Page - 1**

**CASH RECEIPTS AND DISBURSEMENTS RECORDS**

Case No. <u>05-48522</u>
Case Name: <u>Food Concept Developers, Inc.</u>
Taxpayer ID#: <u>36-3810350</u>
For Period Ending: <u>8/31/08</u>

Trustee Name: <u>Roy Safanda</u>
Bank Name: <u>Old Second National Bank</u>
Checking Acct #: <u>700007091</u>
Blanket bond (per case limit): <u>$5,000,000.00</u>
Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | Checking Account Balance |
| 11/17/05 | 3 | Sanders | A/R | 1121-00X | 29.69 | | 29.69 |
| " | " | Meyer Mkt. | " | 1121-00X | 34.05 | | 63.74 |
| " | " | Quality Coffee | " | 1121-00X | 1,620.00 | | 1,683.74 |
| " | " | Inter. Food | " | 1121-00X | 1,825.59 | | 3,509.33 |
| " | " | ARCO Coffee | " | 1121-00X | 1,806.00 | | 5,315.33 |
| " | " | Foodcraft | " | 1121-00X | 86.40 | | 5,401.73 |
| " | " | Clarke | " | 1121-00X | 46.99 | | 5,448.72 |
| " | " | Ditgen | " | 1121-00X | 50.99 | | 5,499.71 |
| " | " | DBL Fleet | " | 1121-00X | 101.99 | | 5,601.70 |
| " | " | Rouz Behani | " | 1121-00X | 46.99 | | 5,648.69 |
| " | " | Calegari | " | 1121-00X | 46.99 | | 5,695.68 |
| " | " | A. Thomas | " | 1121-00X | 46.99 | | 5,742.67 |
| " | " | E. Berhard | " | 1121-00X | 46.99 | | 5,789.66 |
| " | " | V. Kelly | " | 1121-00X | 46.99 | | 5,836.65 |
| " | " | Ohler | " | 1121-00X | 29.69 | | 5,866.34 |
| " | " | Weaver | " | 1121-00X | 29.69 | | 5,896.03 |
| " | " | Baugh | " | 1121-00X | 46.99 | | 5,943.02 |
| " | " | Vinson | " | 1121-00X | 26.49 | | 5,969.51 |
| " | " | Meche | " | 1121-00X | 26.49 | | 5,996.00 |
| " | " | Hamacher | " | 1121-00X | 26.49 | | 6,022.49 |
| " | " | Holtzclaw | " | 1121-00X | 46.99 | | 6,069.48 |
| " | " | J. Hardy | " | 1121-00X | 20.99 | | 6,090.47 |

COLUMN TOTALS                                    $6,090.47    $0.00    $6,090.47
Less: Bank transfers/CDs
Subtotal
Less: Payments to debtors
Net

FORM 2 Page - 2

# CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. <u>05-48522</u>  
Case Name: <u>Food Concept Developers, Inc.</u>  
Taxpayer ID#: <u>36-3810350</u>  
For Period Ending: <u>8/31/08</u>

Trustee Name: Roy Safanda  
Bank Name: <u>Old Second National Bank</u>  
Checking Acct #: <u>700007091</u>  
Blanket bond (per case limit): $5,000,000.00  
Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | Checking Account Balance |
| 11/17/05 | 1 | Bal forwarded | | | 6,090.47 | | 6,090.47 |
| " | 2 | M. Nagel | " | 1211-00X | 20.99 | | 6,111.46 |
| " | 3 | Chambers | " | 1211-00X | 46.99 | | 6,158.45 |
| " | " | Bunton | " | 1211-00X | 46.99 | | 6,205.44 |
| " | " | Lodes Trust | " | 1211-00X | 46.99 | | 6,252.43 |
| " | " | Hoesing | " | 1211-00X | 46.99 | | 6,299.42 |
| " | " | Parent | " | 1211-00X | 26.49 | | 6,325.91 |
| " | " | Alley | " | 1211-00X | 46.99 | | 6,372.90 |
| " | " | Y. Stewart | " | 1211-00X | 1.53 | | 6,374.43 |
| " | " | Parsons | " | 1211-00X | 100.67 | | 6,475.10 |
| " | " | Boisuert | " | 1211-00X | 46.99 | | 6,522.09 |
| " | " | Durham | " | 1211-00X | 28.69 | | 6,550.78 |
| " | " | Jobe | " | 1211-00X | 93.98 | | 6,644.76 |
| " | " | Grutel | " | 1211-00X | 26.49 | | 6,671.25 |
| " | " | Gault | " | 1211-00X | 46.99 | | 6,718.24 |
| 11/18/05 | " | AN Mgmt. | " | 1211-00X | 127.00 | | 6,845.24 |
| " | " | Sysco-Chgo | " | 1211-00X | 815.00 | | 7,660.24 |
| " | " | Arnold & Assoc. | " | 1211-00X | 3,150.00 | | 10,810.24 |
| " | " | Victorian Inn | " | 1211-00X | 3,485.89 | | 14,296.13 |
| " | " | L&L Custom | " | 1211-00X | 36.40 | | 14,332.53 |
| " | " | Sysco-Inter | " | 1211-00X | 2,933.90 | | 17,266.43 |
| " | " | Food Lion | " | 1211-00X | 10,015.32 | | 27,281.75 |

COLUMN TOTALS                                                          $27,281.75      $0.00

  Less: Bank transfers/CDs  
  Subtotal                                                              $27,281.75  
  Less: Payments to debtors  
  Net

# CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. 05-48522  
Case Name: <u>Food Concept Developers, Inc.</u>  
Taxpayer ID#: <u>36-3810350</u>  
For Period Ending: <u>8/31/08</u>

Trustee Name: Roy Safanda  
Bank Name: <u>Old Second National Bank</u>  
Checking Acct #: <u>700000791</u>  
Blanket bond (per case limit): <u>$5,000,000.00</u>  
Separate bond (if applicable): ____

| 1 Transaction | 2 Check or Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposit $ | 6 Disbursement $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/18/05 | | Bal forwarded | A/R | 1211-00X | 27,281.75 | | 27,281.75 |
| " | " | Supervalu | " | 1121-00X | 4,432.25 | | 31,714.00 |
| " | " | Hildreth IGA | " | 1121-00X | 150.00 | | 31,864.00 |
| " | 6 | DMH Ingred | Sale of Ingredients | 1129-00X | 3,210.00 | | 35,074.00 |
| " | 6 | Real/Treasure Val. | " | 1129-00X | 37,674.10 | | 72,748.10 |
| " | " | Real/DMH Ingred. | " | 1129-00X | 27,741.40 | | 100,489.50 |
| " | 11 | Cash | Customers at Plant | 1121-00X | 84.00 | | 100,573.50 |
| 11/21/05 | 7 | Amfotek | Sale of Packaging | 1129-00X | 13,781.56 | | 114,355.06 |
| " | 6 | Victorian Inn Sales | Sale of Ingredients | 1129-00X | 57,066.25 | | 171,421.31 |
| 11/22/05 | 6 | Big Tree | Sale of Ingredients | 1129-00X | 13,599.10 | | 185,020.41 |
| " | Tele-Trans | Old 2nd NB | Transfer to MM | 9999-000 | | 100,000.00 | 85,020.41 |
| 11/25/06 | 6 | Consolidated Press | Sale of Ingredients | 1129-00X | 28,426.59 | | 113,447.00 |
| " | 3 | Shamrock | A/R | 1121-00X | 2,050.75 | | 115,497.75 |
| 11/28/05 | 6 | Amfotek | Sale of Ingredients | 1129-00X | 23,454.91 | | 138,952.66 |
| " | 6 | United Food | " | 1129-00X | 62,496.82 | | 201,449.48 |
| 11/30/05 | 3 | Coffee Connection | A/R | 1121-00X | 6,026.70 | | 207,476.18 |
| " | " | Restaurant Assoc. | " | 1121-00X | 462.15 | | 207,938.33 |
| " | " | Arco Coffee | " | 1121-00X | 1,903.25 | | 209,841.58 |
| " | Tele-Trans | Old 2nd NB | Transfer to MM | 9999-000 | | 200,000.00 | 9,841.58 |
| 12/01/05 | 1001 | Home Depot | Purchase locks | 2420-00X | | 60.58 | 9,781.00 |
| " | 1002 | CSC | Corp. Searches | 2990-00X | | 369.50 | 9,411.50 |
| 12/09/05 | 10 | Fed Ex | Pymt on Claim | 1129-00X | 29.00 | | 9,440.50 |

COLUMN TOTALS  $309,870.58  $300,430.08  
Less: Bank transfers/CDs  
Subtotal  
Less: Payments to debtors  
Net  $9,440.50

FORM 2 Page - 4

**CASH RECEIPTS AND DISBURSEMENTS RECORDS**

Case No. <u>05-48522</u>     Trustee Name: <u>Roy Safanda</u>
Case Name: <u>Food Concept Developers, Inc.</u>     Bank Name: <u>Old Second National Bank</u>
Taxpayer ID#: <u>36-3810350</u>     Checking Acct #: <u>7000007091</u>
For Period Ending: <u>8/31/08</u>     Blanket bond (per case limit): <u>$5,000,000.00</u>
    Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | Checking Account Balance |
| 11/18/05 | | Bal forwarded | | | 309,870.58 | 300,430.08 | 9,440.50 |
| 12/09/05 | 3 | RMS/GA Food | A/R | 1121-00X | 103.89 | | 9,544.39 |
| " | " | Shamrock | " | 1121-00X | 2,084.00 | | 11,628.39 |
| 12/16/05 | 1003 | Old 2nd NB | Acct. Repro. | 2420-00X | | 103.50 | 11,524.89 |
| 12/23/05 | 3 | Windy City Coffee | " | 1121-00X | 338.00 | | 11,862.89 |
| 12/31/05 | 3 | " | Coffee Coun. Charge back | 1121-00X | | 6,036.70 | 5,826.19 |
| 01/05/06 | 3 | Lukehart | A/R | 1121-00X | 1,264.10 | | 7,090.29 |
| 01/11/06 | 3 | Rest. Assoc. | " | 1121-00X | 527.80 | | 7,618.09 |
| 01/11/06 | 3 | BJ's | " | 1121-00X | 5,441.20 | | 13,059.29 |
| 01/13/06 | 3 | " | " | 1121-00X | 4,321.39 | | 17,380.68 |
| 01/13/06 | 3 | " | " | 1121-00X | 6,576.15 | | 23,956.83 |
| 01/13/06 | 3 | Century Auto | " | 1121-00X | 202.00 | | 24,158.83 |
| 01/18/06 | 3 | Rest. Assoc. | " | 1121-00X | 403.50 | | 24,562.33 |
| 01/18/06 | 3 | Shamrock | " | 1121-00X | 2,365.20 | | 26,927.53 |
| 01/18/06 | 3 | BJ's | " | 1121-00X | 3,295.86 | | 30,223.39 |
| 01/28/06 | 3 | Hepbron | " | 1121-00X | 194.00 | | 30,417.39 |
| 01/28/06 | 3 | Sysco | " | 1121-00X | 2,140.00 | | 32,557.39 |
| 02/08/06 | 3 | Coffee Sys. | " | 1121-00X | 122.50 | | 32,679.89 |
| 02/08/06 | 3 | UFG-BJ's | " | 1121-00X | 12,348.00 | | 45,027.89 |
| 02/08/06 | 3 | BJ's | " | 1121-00X | 29,868.96 | | 74,896.85 |
| 02/27/06 | 1004 | Inter. Sure. | Bond Premium | 2300-00X | | 310.80 | 74,586.05 |
| 02/27/06 | Tele-Trans | Old 2nd NB | Trans. To MM | 999-00X | | 74,000.00 | 586.05 |

             COLUMN TOTALS       $381,467.13     $380,881.08     $586.05
               Less: Bank transfers/CDs     _____
             Subtotal
               Less: Payments to debtors    _____
             Net

# CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. 05-48522
Case Name: Food Concept Developers, Inc.
Taxpayer ID#: 36-3810350
For Period Ending: 8/31/08

Trustee Name: Roy Safanda
Bank Name: Old Second National Bank
Checking Acct #: 700007091
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable): _____

| 1 Transaction | 2 Check or Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposit $ | 6 Disbursement $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/18/06 | | Bal forwarded | | | 381,467.13 | 380,881.08 | 586.05 |
| 07/25/06 | 13 | First USA Chase | Sec 549 | 1229-00X | 6,014.24 | | 6,600.29 |
| 07/25/06 | 1005 | Plat. Plus for Buss | Adv. Filing Fee(5) | 2700-00X | | 1,250.00 | 5,350.29 |
| 02/03/07 | 1006 | Inter Sec. | Bond Premium | 2300-00X | | 577.40 | 4,772.89 |
| 05/04/07 | 1007 | Bryan Real | Subpoena | 2990-00X | | 90.00 | 4,682.89 |
| 06/07/07 | 1008 | Legal Process | Service | 2990-00X | | 44.00 | 4,638.89 |
| 09/14/07 | 1009 | Sec'y of State | Service - Bluegrass | 2700-00X | | 10.00 | 4,628.89 |
| 09/14/07 | 1010 | " | Service - Overwraps | 2700-00X | | 10.00 | 4,618.89 |
| 09/14/07 | 1011 | " | Service - Heritage | 2700-00X | | 10.00 | 4,608.89 |
| 09/14/07 | 1012 | " | Service - John Hancock | 2700-00X | | 10.00 | 4,598.89 |
| 09/24/07 | 1013 | " | Service - Newco/Quality | 2700-00X | | 20.00 | 4,578.89 |
| 10/01/07 | 1009 | Cancel | | 2700-00X | 10.00 | | 4,588.89 |
| 10/01/07 | 1014 | Sec'y of State | Service - Bluegrass | 2700-00X | | 100.00 | 4,488.89 |
| 12/04/07 | 13 | Overwraps | Sec. 549 | 1229-00X | 10,000.00 | | 14,488.89 |
| 12/05/07 | 1015 | Clerk of Bank Ct. | Adv. Filing Fees | 2700-00X | | 4,250.00 | 10,238.89 |
| 02/05/08 | 1016 | Inter-Sure | Bond Premium | 2300-00X | | 822.00 | 9,416.89 |
| 07/11/08 | Tele-Trans | OI 2nd NB | Trans. from MM | 9999-000 | 5,000.00 | | 14,416.89 |
| 07/11/08 | 1017 | Fed Exp Corp. | Settle Adv. Claim | 8500-00X | | 9,854.43 | 4,562.46 |
| 11/07/08 | Tele-Trans | Old 2nd NB | Redeem MM | 9999-000 | 1,087,778.66 | | 1,092,341.12 |
| 11/11/08 | 1018 | Harris NA | Diviend | 4210-00X | | 993,677.57 | 98,663.55 |
| 11/11/08 | 1019 | US Tee | Ad. Exp. | 2950-00X | | 500.00 | 98,163.55 |
| 11/11/08 | 1020 | Myler Ruddy | Attony Fee Chap. 11 | 3701-00X | | 6,000.00 | 92,163.55 |

COLUMN TOTALS
Less: Bank transfers/CDs
Subtotal                $1,490,270.03   $1,398,106.48
Less: Payments to debtors
Net                                                    $92,163.55

# FORM 2 Page - 6
## CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. 05-48522
Case Name: Food Concept Developers, Inc.
Taxpayer ID#: 36-3810350
For Period Ending: 8/31/08

Trustee Name: Roy Safanda
Bank Name: Old Second National Bank
Checking Acct #: 700007091
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable): _____

| 1 Transaction | 2 Check or Ref # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposit $ | 6 Disbursement $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Bal forwarded | | | | | 92,163.55 |
| 11/1/08 | 1021 | Roy Safanda | Trustee Comp. | 2100-00X | 1,490,270.03 | 1,398,106.48 | 35,563.06 |
| 11/1/08 | 1021 | Roy Safanda | Trustee Expenses | 2200-00X | | 56,600.49 | 34,500.00 |
| 11/1/08 | 1021 | Roy Safanda | Attorney for Trustee Fee | 3100-00X | | 1,063.06 | 34,500.00 |
| | | | | | | 34,500.00 | 0.00 |

COLUMN TOTALS  $1,490,270.03  $1,490,270.03
Less: Bank transfers/CDs
Subtotal
Less: Payments to debtors
Net  $0.00

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. <u>05-48522</u>     Trustee Name: <u>Roy Safanda</u>
Case Name: <u>Food Concept Developers, Inc.</u>     Bank Name: <u>Old Second National Bank</u>
Taxpayer ID#: <u>36-3810350</u>     MM #: <u>8000001431</u>
For Period Ending: <u>8/31/08</u>     Blanket bond (per case limit): <u>$5,000,000.00</u>
    Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | MM Balance |
| 11/22/05 | Tele-trans | Old 2nd NB | Transfer from Checking | 9999-000 | 100,000.00 | | 100,000.00 |
| 11/30/05 | " | " | " | 9999-000 | 200,000.00 | | 300,000.00 |
| " | 9 | " | Interest | 1270-00X | 64.79 | | 300,064.79 |
| 12/16/05 | 4 | Pacific Electronics | Sale of Ofc. Equip | 1129-00X | 11,500.00 | | 311,564.79 |
| " | 5 | " | Sale of parts inventory | 1129-00X | 25,000.00 | | 336,564.79 |
| " | 8 | " | Sale of trade name | 1129-00X | 8,000.00 | | 344,564.79 |
| " | 6 | " | Sale of ingredients | 1129-00X | 45,500.00 | | 390,064.79 |
| 12/20/05 | 3 | Sysco Inter. | Acct. Rec. Coll | 1121-00X | 973.75 | | 391,038.54 |
| " | 5 | APCO | Sale of macninery | 1129-00X | 10,000.00 | | 401,038.54 |
| 12/31/05 | 9 | Old 2nd NB | Interest | 1270-00X | 622.66 | | 401,661.20 |
| 01/31/06 | 9 | " | " | 1270-00X | 778.01 | | 402,439.21 |
| 02/27/06 | Tele-Trans | " | Trans from Checking | 9999-000 | 74,000.00 | | 476,439.21 |
| 02/28/06 | 9 | " | Interest | 1270-00X | 719.39 | | 477,158.60 |
| 03/31/06 | 9 | " | " | 1270-00X | 992.23 | | 478,150.83 |
| 04/03/06 | 3 | Kerry's Americas | Acct. Rec. Coll. | 1121-00X | 103.00 | | 478,253.83 |
| 04/30/06 | 9 | Old 2nd NB | Interest | 1270-00X | 1,027.25 | | 479,281.08 |
| 05/03/06 | 5 | United Food Group | Sale per Order | 1129-00X | 98,000.00 | | 577,281.08 |
| 05/04/06 | 12 | Accidend Fund | Prem. Refund | 1229-00X | 21,845.00 | | 599,126.08 |
| 05/17/06 | 3 | T&T | A/R Coll. | 1121-00X | 3,052.50 | | 602,178.58 |
| 05/31/06 | 9 | Old 2nd NB | Interest | 1270-00X | 1,397.14 | | 603,575.72 |
| 06/08/06 | 3 | T&T | A/R Coll. | 1121-00X | 370.00 | | 603,945.72 |
| 06/30/06 | 9 | Old 2nd NB | Interest | 1270-00X | 1,567.04 | | 605,512.76 |

COLUMN TOTALS     $605,512.76    $0.00    $605,512.76
    Less: Bank transfers/CDs    _____
Subtotal
    Less: Payments to debtors    _____
    Net

# CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. 05-48522
Case Name: Food Concept Developers, Inc.
Taxpayer ID#: 36-3810350
For Period Ending: 8/31/08

Trustee Name: Roy Safanda
Bank Name: Old Second National Bank
MM #: 800001431
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable): ___

| 1 Transaction Date | 2 Check or Ref. # | 3 Paid to/Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposit $ | 6 Disbursement $ | 7 MM Balance |
|---|---|---|---|---|---|---|---|
| 10/18/06 | | Balance Forwarded | | | 605,512.76 | | 605,512.76 |
| 07/07/06 | 13 | Ward, Lane | Sec. 549 | 1229-00X | 1,000.00 | | 606,512.76 |
| 07/07/06 | 3 | Coffee Connection | A/R | 1121-00X | 5,320.67 | | 611,833.43 |
| 07/17/06 | 13 | Key Sales | Sec. 549 | 1229-00X | 1,522.08 | | 613,355.51 |
| 07/17/06 | 13 | Flavorchem | " | 1229-00X | 6,146.00 | | 619,501.51 |
| 07/17/06 | 13 | Lund | " | 1229-00X | 800.00 | | 620,301.51 |
| 07/17/06 | 13 | Quality | " | 1229-00X | 18,952.50 | | 639,254.01 |
| 07/20/06 | 13 | New Food | " | 1229-00X | 2,141.43 | | 641,395.44 |
| 07/31/06 | 13 | People's Energy | " | 1229-00X | 5,220.36 | | 646,615.80 |
| 07/31/06 | 9 | Old 2nd NB | Interest | 1270-00X | 1,467.47 | | 648,083.27 |
| 08/07/06 | 5 | Oxy-Dry | Sale of Machine | 1129-00X | 7,000.00 | | 655,083.27 |
| 08/23/06 | 5 | Compact | " | 1129-00X | 25,000.00 | | 680,083.27 |
| 08/31/06 | 9 | Old 2nd NB | Interest | 1270-00X | 1,657.07 | | 681,740.34 |
| 09/05/06 | 3 | Aulque | A/R Settle | 1121-00X | 2,448.00 | | 684,188.34 |
| 09/30/06 | 9 | Old 2nd NB | Interest | 1270-00X | 1,719.24 | | 685,907.58 |
| 10/31/06 | 9 | " | " | 1270-00X | 1,668.73 | | 687,576.31 |
| 11/03/06 | 14 | Pacific Elec. | Sec. 547 | 1141-00X | 3,500.00 | | 691,076.31 |
| 11/10/06 | 13 | Nat. Measure | Sec. 549 | 1229-00X | 800.00 | | 691,876.31 |
| 11/10/06 | 15 | Myler, Ruddy | Attny Fee Refund | 1290-00X | 16,704.32 | | 708,580.63 |
| 11/30/06 | 9 | Old 2nd NB | Interest | 1270-00X | 1,709.44 | | 710,290.07 |
| 12/30/06 | 9 | " | " | 1270-00X | 1,785.65 | | 712,075.72 |
| 01/31/07 | 9 | " | " | 1270-00X | 1,790.14 | | 713,865.86 |

COLUMN TOTALS $713,865.86
Less: Bank transfers/CDs
Subtotal $0.00
Less: Payments to debtors
Net $713,865.86

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORDS

Case No. <u>05-48522</u>　　　　　　　　　　　　　　　　　　Trustee Name: <u>Roy Safanda</u>
Case Name: <u>Food Concept Developers, Inc.</u>　　　　　　Bank Name: <u>Old Second National Bank</u>
Taxpayer ID#: <u>36-3810350</u>　　　　　　　　　　　　　　MM #: <u>8000001431</u>
For Period Ending: <u>8/31/08</u>　　　　　　　　　　　　　Blanket bond (per case limit): <u>$5,000,000.00</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Trans. Code | Deposit $ | Disbursement $ | MM Balance |
| 01/31/07 | | Balance Forwarded | | | | 713,865.86 | | 713,865.86 |
| 02/08/07 | 9 | Old 2nd NB | Interest | | 1270-00X | 1,611.18 | | 715,477.04 |
| 03/05/07 | Tele-trans | " | Trans to CD | | 9999-000 | | 700,000.00 | 15,477.04 |
| 03/31/07 | 9 | " | Interest | | 1270-00X | 364.51 | | 15,841.55 |
| 04/16/07 | 14 | Consolidated | Sec. 547 | | 1141.00X | 1,000.00 | | 16,841.55 |
| 04/30/07 | 9 | Old 2nd NB | Interest | | 1270-00X | 25.94 | | 16,867.49 |
| 05/31/07 | 9 | Old 2nd NB | " | | 1270-00X | 28.66 | | 16,896.15 |
| 06/30/07 | 9 | Old 2nd NB | " | | 1270-00X | 28.70 | | 16,924.85 |
| 07/10/07 | 3 | Beverage Sol. Grp. | Victorian Settle Adv. | | 1121-00X | 73,796.34 | | 90,721.19 |
| 07/20/07 | 13 | Citibank | Sec. 549 | | 1229-00X | 5,600.00 | | 96,321.19 |
| 07/20/07 | 13 | Paper Tubes | " | | 1229-00X | 112,724.35 | | 209,045.54 |
| 07/31/07 | 9 | Old 2nd NB | Interest | | 1270-00X | 229.41 | | 209,274.95 |
| 08/31/07 | 9 | Old 2nd NB | " | | 1270-00X | 547.78 | | 209,822.73 |
| 09/30/07 | 9 | Old 2nd NB | " | | 1270-00X | 415.45 | | 210,238.18 |
| 10/12/07 | 13 | Kerry | Sec. 549 | | 1229-00X | 22,874.60 | | 233,112.78 |
| 10/31/07 | 9 | Old 2nd NB | Interest | | 1270-00X | 474.92 | | 233,587.70 |
| 11/30/07 | 9 | Old 2nd NB | " | | 1270-00X | 514.03 | | 234,101.73 |
| 12/21/07 | 13 | Taico | Settle 549 | | 1229-00X | 3,000.00 | | 237,101.73 |
| 12/31/07 | 9 | Old 2nd NB | Interest | | 1270-00X | 469.12 | | 237,570.85 |
| 01/17/08 | 13 | Heritage | Sec. 549 | | 1229-00X | 6,258.00 | | 243,828.85 |
| 01/24/08 | 13 | Newco | Sec. 549 | | 1229-00X | 4,068.42 | | 247,897.27 |
| 01/31/08 | 9 | Old 2nd NB | Interest | | 1270-00X | 501.83 | | 248,399.10 |

　　　　　　　　　　　　　　COLUMN TOTALS　　　　　　　　　　$948,399.10　　$700,000.00　　$248,399.10
　　　　　　　　　　　Less: Bank transfers/CDs　　　　　　　　　　　　　　　　_____
　　　　　　　　　Subtotal
　　　　　　　　　　　Less: Payments to debtors　　　　　　　　　　　　　　　_____
　　　　　　　　　Net

FORM 2 Page - 10

**CASH RECEIPTS AND DISBURSEMENTS RECORDS**

Case No. <u>05-48522</u>   Trustee Name: <u>Roy Safanda</u>
Case Name: <u>Food Concept Developers, Inc.</u>   Bank Name: <u>Old Second National Bank</u>
Taxpayer ID#: <u>36-3810350</u>   MM #: <u>8000001431</u>
For Period Ending: <u>8/31/08</u>   Blanket bond (per case limit): <u>$5,000,000.00</u>
  Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Trans. Code | Deposit $ | Disbursement $ | MM Balance |
| | | Balance Forwarded | | | | 948,399.10 | 700,000.00 | 248,399.10 |
| 02/15/08 | 13 | Bluegrass | Settle 549 | | 1229-00X | 7,872.12 | | 256,271.22 |
| 02/19/08 | 13 | Meridian | settle 549 | | 1229-00X | 29,000.00 | | 285,271.22 |
| 02/29/08 | 9 | Interest | Old 2nd NB | | 1270-00X | 513.93 | | 285,785.15 |
| 03/03/08 | 13 | Chgo Sweet | Settle 549 | | 1229-00X | 25,000.00 | | 310,785.15 |
| 03/03/08 | 13 | Fed Ex | Settle 549 | | 1229-00X | 5,000.00 | | 315,785.15 |
| 03/19/08 | 13 | Stamar | Settle 549 | | 1229-00X | 5,000.00 | | 320,785.15 |
| 03/20/08 | 13 | Healthcare | Settle 549 | | 1229-00X | 5,000.00 | | 325,785.15 |
| 03/29/08 | 13 | Cross | Settle 549 | | 1229-00X | 10,000.00 | | 335,785.15 |
| 03/31/08 | 9 | Interest | Old 2nd NB | | 1270-00X | 585.57 | | 336,370.72 |
| 04/17/08 | 13 | Bay Valley | Settle 549 | | 1229-00X | 8,000.00 | | 344,370.72 |
| 04/30/08 | 9 | Old 2nd NB | Interest | | 1270-00X | 610.26 | | 344,980.98 |
| 05/01/08 | 13 | Blommer | Settle 549 | | 1229-00X | 3,500.00 | | 348,480.98 |
| 05/15/08 | 13 | Compact | Settle 549 | | 1229-00X | 6,500.00 | | 354,980.98 |
| 05/31/08 | 9 | Old 2nd NB | Interest | | 1270-00X | 605.98 | | 355,586.96 |
| 06/05/08 | Tele-Trans | Old 2nd NB | Redeem CD | | 9999-000 | 728,467.93 | | 1,084,054.89 |
| 06/30/08 | 9 | Old 2nd NB | Interest | | 1270-00X | 1,574.51 | | 1,085,629.40 |
| 07/11/08 | Tele-Trans | Old 2nd NB | Transfer to Checking | | 9999-000 | | 5,000.00 | 1,080,629.40 |
| 07/31/08 | 9 | Old 2nd NB | Interest | | 1270-00X | 1,805.80 | | 1,082,435.20 |
| 08/31/08 | 9 | Old 2nd NB | Interest | | 1270-00X | 1,864.40 | | 1,084,299.60 |
| 09/30/08 | 9 | Old 2nd NB | Interest | | 1270-00X | 1,692.51 | | 1,085,992.11 |
| 10/31/08 | 9 | Old 2nd NB | Interest | | 1270-00X | 1,786.55 | | 1,087,778.66 |

COLUMN TOTALS   $1,792,778.66   $705,000.00   $1,087,778.66
  Less: Bank transfers/CDs   _____
Subtotal
  Less: Payments to debtors   _____
Net

**FORM 2 Page - 11**

**CASH RECEIPTS AND DISBURSEMENTS RECORDS**

Case No. <u>05-48522</u>      Trustee Name: <u>Roy Safanda</u>

Case Name: <u>Food Concept Developers, Inc.</u>      Bank Name: <u>Old Second National Bank</u>

Taxpayer ID#: <u>36-3810350</u>      MM #: <u>8000001431</u>

For Period Ending: <u>8/31/08</u>      Blanket bond (per case limit): <u>$5,000,000.00</u>

Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | MM Balance |
| | | Balance Forwarded | | | 1,792,778.66 | 705,000.00 | 1,087,778.66 |
| 11/07/08 | Tele-Trans | Old 2nd NB | Trans. To Checking | 9999-000 | | 1,087,778.66 | 0.00 |

           COLUMN TOTALS      $1,792,778.66   $1,792,778.66      $0.00
              Less: Bank transfers/CDs      _____
           Subtotal
              Less: Payments to debtors      _____
           Net

**FORM 2    Page 12 of 12**

**CASH RECEIPTS AND DISBURSEMENTS RECORDS**

Case No. 05-48522　　　　　　　　　　　　　　　　　　　　　Trustee Name: Roy Safanda
Case Name: Food Concept Developers, Inc.　　　　　　　Bank Name: Old Second National Bank
Taxpayer ID#: 36-3810350　　　　　　　　　　　　　　　　Initial CD#: 31101001182
For Period Ending: 8/31/08　　　　　　　　　　　　　　　Blanket bond (per case limit): $5,000,000.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Separate bond (if applicable): _____

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | Certificate of Deposit Balance |
| 03/05/07 | Tele-Trans | Old 2nd NB | Trans from MM | 9999-000 | 700,000.00 | | 700,000.00 |
| 09/05/07 | " | " | Interest | 1270-00X | 14,186.22 | | 714,186.22 |
| 12/05/07 | " | " | " | 1270-00X | 5,697.83 | | 719,884.05 |
| 06/05/08 | " | " | Interest | 1270-00X | 8583.88 | | 728,467.93 |
| 06/05/08 | " | " | Transfer to MM | 9999-000 | | 728,467.93 | 0.00 |
| | " | " | | | | | |

　　　　　　　　　　　COLUMN TOTALS　　　　　　　　　　　　　　$728,467.93　　$728,467.93　　　　$0.00
　　　　　　　　Less: Bank transfers/CDs　　　　　　　　　　_____
　　　　　Subtotal
　　　　　　　　Less: Payments to debtors　　　　　　　　　_____
　　　　　Net

　　　　　TOTAL - ALL ACCOUNTS　　　　　　　NET　　　　　　　NET　　　　　　ACCOUNT
　　　　　　　　　　　　　　　　　　　　　　DEPOSITS　　　DISBURSEMENT　　BALANCES

　　　　　　　　Checking # _____　　　_____　　_____　　_____
　　　　　　　　Savings # _____　　　　_____　　_____　　_____
　　　　　　　　CD# _____　　　　　　　_____　　_____　　_____

　　　　　　　　　　　　　　　　　　　　　　(Excludes account　　(Excl. pymts　　Total Funds
　　　　　　　　　　　　　　　　　　　　　　transfers)　　　　　to debtors)　　on Hand